NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATIONAL ORGANIZATION OF VETERANS' ADVOCATES, INC.,**
*Petitioner,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-7011

---

On petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

## ORDER

The Secretary of Veterans Affairs moves for a 10-day extension of time, until December 2, 2010, to file the certified list.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**NOV 2 9 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Douglas J. Rosinski, Esq.
Michael Goodman, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**NOV 2 9 2010**

**JAN HORBALY
CLERK**